UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ISAAC HERNANDEZ,<br>  Plaintiff | : <br> : <br> : | CIVIL ACTION NO.:<br>3:17-cv-1857-VAB |
| v. | : <br> : | |
| APPLE AUTO WHOLESALERS OF WATERBURY LLC and WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br>  Defendants | : <br> : <br> : <br> : <br> : | <br><br><br><br>SEPTEMBER 6, 2019 |

## MOTION FOR SUMMARY JUDGMENT AGAINST

## WESTLAKE FINANCIAL SERVICES, LLC

Pursuant to Fed. R Civ. P. 56, the Plaintiff hereby moves for summary judgment against the Defendant Westlake Services, LLC ("Westlake). In support of this motion (and in support of the motion for default judgment against the co-defendant Apple Auto Wholesales of Waterbury, LLC), Plaintiff submits a Memorandum of Law, his Affidavit, and the Affidavit of Robert Collins. Plaintiff also submits his Rule 56(a)(1) Statement.

PLAINTIFF, ISAAC HERNANDEZ,

By: /s/ *Daniel S. Blinn*
 Daniel S. Blinn (ct02188)
 Brendan L. Mahoney (ct29839)
 Consumer Law Group, LLC
 35 Cold Spring Road, Suite 512
 Rocky Hill, Connecticut 06067
 Tel (860) 571-0408
 Fax (860) 571-7457
 dblinn@consumerlawgroup.com
 bmahoney@consumerlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of September 2019, a copy of the foregoing Motion for Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ *Daniel S. Blinn*
                                      Daniel S. Blinn