UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ISSAC HERNANDEZ,

       Plaintiffs                                             Case No. 3:17-cv-1857 VAB

v.

WESTLAKE SERVICES LLC,
       Defendants.

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On September 6, 2019, the plaintiff filed a motion for summary judgment. On November 13, 2019, defendant entered a cross motion for summary judgment. On September 30, 2022, the Court entered an order (Doc. 117) granting the motion for summary judgment in favor of the plaintiff, the court awarded $13,942.13 against Westlake and ordered that this case be closed.

It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of September 2022.

                                                                               Dinah M. Kinney, Clerk

                                                                               By: /s/ Tatihana Murphy

EOD: 9/30/2022                                                          Tatihana Murphy
                                                                                Courtroom Deputy